# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLORADO

Civil Action No. _____
(To be supplied by the court)

[handwritten: 1:23-CV-00630-NYW Case Number (OLD #)]

__ALAN R STORY__, Plaintiff

v.

__SCOT BINGHAM__,

__KARI LONG DWORKIN__,

__MATT HARDIN__,

_____, Defendant(s).

Jury Trial requested:
(please check one)
___ Yes  _X_ No

**FILED**
UNITED STATES DISTRICT COURT
DENVER, COLORADO

MAY -1 2023

JEFFREY P. COLWELL
CLERK

(List each named defendant on a separate line. If you cannot fit the names of all defendants in the space provided, please write "see attached" in the space above and attach an additional sheet of paper with the full list of names. The names of the defendants listed in the above caption must be identical to those contained in Section B. Do not include addresses here.)

## COMPLAINT

### NOTICE

Federal Rule of Civil Procedure 5.2 addresses the privacy and security concerns resulting from public access to electronic court files. Under this rule, papers filed with the court should not contain: an individual's full social security number or full birth date; the full name of a person known to be a minor; or a complete financial account number. A filing may include only: the last four digits of a social security number; the year of an individual's birth; a minor's initials; and the last four digits of a financial account number.

**Plaintiff need not send exhibits, affidavits, grievances, witness statements, or any other materials to the Clerk's Office with this complaint.**

A. **PLAINTIFF INFORMATION**

*You must notify the court of any changes to your address where case-related papers may be served by filing a notice of change of address. Failure to keep a current address on file with the court may result in dismissal of your case.*

ALAN R. STORY   P.O. Box 32   Mack, Colorado 81525
(Name and complete mailing address)

970-216-4481   ALSTORYWELD124@GMAIL.COM
(Telephone number and e-mail address)

B. **DEFENDANT(S) INFORMATION**

*Please list the following information for each defendant listed in the caption of the complaint. If more space is needed, use extra paper to provide the information requested. The additional pages regarding defendants should be labeled "B. DEFENDANT(S) INFORMATION."*

SCHOOL DISTRICT 51 MAIN OFFICE }

Defendant 1: SCOT BINGHAM
(Name and complete mailing address)
2115 GRAND AVE, GRAND JUNCTION, CO 81501
(Telephone number and e-mail address if known)

Defendant 2: KARI LONG DWORKIN
(Name and complete mailing address)
2115 GRAND AVE, GRAND JUNCTION, CO 81501
(Telephone number and e-mail address if known)

Defendant 3: MATT HARDIN
(Name and complete mailing address)
2115 GRAND AVE, GRAND JUNCTION, CO 81501
(Telephone number and e-mail address if known)

Defendant 4: _____
(Name and complete mailing address)
_____
(Telephone number and e-mail address if known)

NOTE: THE SCHOOL DISTRICT DID NOT WANT TO GIVE OUT PERSONAL INFORMATION SUCH AS ADDRESS OR PHONE #

2

## C.   JURISDICTION

*Identify the statutory authority that allows the court to consider your claim(s): (check one)*

_X_   Federal question pursuant to 28 U.S.C. § 1331 (claims arising under the Constitution, laws, or treaties of the United States)

List the specific federal statute, treaty, and/or provision(s) of the United States Constitution that are at issue in this case.

United States Code Title 18 #241

Conspiracy against Rights

Amendment 1   Amendment IX   United States Constitution

___   Diversity of citizenship pursuant to 28 U.S.C. § 1332 (a matter between individual or corporate citizens of different states and the amount in controversy exceeds $75,000)

Plaintiff is a citizen of the State of __Colorado__.

If Defendant 1 is an individual, Defendant 1 is a citizen of __United States__.

If Defendant 1 is a corporation,

Defendant 1 is incorporated under the laws of __N/A__ (name of state or foreign nation).

Defendant 1 has its principal place of business in __N/A__ (name of state or foreign nation).

*(If more than one defendant is named in the complaint, attach an additional page providing the same information for each additional defendant.)*

Defendant 2   Citizen of United States

Defendant 3   Citizen of United States

3

### D. STATEMENT OF CLAIM(S)

*State clearly and concisely every claim that you are asserting in this action. For each claim, specify the right that allegedly has been violated and state all facts that support your claim, including the date(s) on which the incident(s) occurred, the name(s) of the specific person(s) involved in each claim, and the specific facts that show how each person was involved in each claim. You do not need to cite specific legal cases to support your claim(s). If additional space is needed to describe any claim or to assert additional claims, use extra paper to continue that claim or to assert the additional claim(s). Please indicate that additional paper is attached and label the additional pages regarding the statement of claims as "D. STATEMENT OF CLAIMS."*

CLAIM ONE: The Three Defendants under US Code Title 18

Supporting facts: # 241 Conspired to injure, oppress, threaten, and intimidate me in Grand Junction, Colorado, United States.

(Scott Bingham, Kani Long Dvorak, Matt Hardin)

They have taken my free exercise or enjoyment of my rights or privileges secured to me by the Constitution and laws of the United States.

### E.   REQUEST FOR RELIEF

*State the relief you are requesting or what you want the court to do. If additional space is needed to identify the relief you are requesting, use extra paper to request relief. Please indicate that additional paper is attached and label the additional pages regarding relief as "E. REQUEST FOR RELIEF."*

I am asking 9 million in damages from each Defendant. If School District 51's attorney Tammy Eret would call me at 970-216-4481 I would agree to Ten Thousand dollars for my legal fees and have the false charges against me dropped.

### F.   PLAINTIFF'S SIGNATURE

I declare under penalty of perjury that I am the plaintiff in this action, that I have read this complaint, and that the information in this complaint is true and correct. *See* 28 U.S.C. § 1746; 18 U.S.C. § 1621.

Under Federal Rule of Civil Procedure 11, by signing below, I also certify to the best of my knowledge, information, and belief that this complaint: (1) is not being presented for an improper purpose, such as to harass, cause unnecessary delay, or needlessly increase the cost of litigation; (2) is supported by existing law or by a nonfrivolous argument for extending or modifying existing law; (3) the factual contentions have evidentiary support or, if specifically so identified, will likely have evidentiary support after a reasonable opportunity for further investigation or discovery; and (4) the complaint otherwise complies with the requirements of Rule 11.

_Alan R. Story_
(Plaintiff's signature)

_APRIL 27 2023_
(Date)

(Revised February 2022)



**Alan R. Story**

## School District 51

I was in a courtroom as a defendant. There were 3 District 51 employees that lied about me, and when I made reference to me being a Vietnam Veteran they <u>laughed at me</u> in the courtroom.

I filed a suit in U.S. District court in Denver asking for 9 million dollars for each defendant.

I have tried to contact the School District 51 attorney for 3 months. I have not ever got a return call.

Tammy Eret
Legal Counsel School District 51
Tammy.Eret@d51schools.org



Alan R. Story
Chu Lai, Vietnam
March 1969
March 1970

Non profit
"For the needy"
Donations may be made to
any Grand Valley Bank

### Alan R. Story

**If anyone is having any kind of problem call me.**

# (970) 216-4481

Find us on 

- Alan R. Story



Alan R. Story

THE FLOWER FADES, BUT THE WORD OF OUR GOD STANDS FOREVER

✶ ✶ ✶ ✶ ✶ ✶ ✶ ✶ ✶ ✶ ✶ ✶ ✶ ✶ ✶ ✶ ✶ ✶ ✶ ✶ ✶ ✶ ✶ ✶ ✶ ✶ ✶ ✶

*~ Everyone needs to stand up and take notice of our elderly people.*
*Conduct our lives on the basis of what they have gone through to make this such a great country!*





ALAN R. STORY
P.O. Box 32
Mack, Colorado
81525

Judge Nina Y. Wang
US DISTRICT COURT
901-19TH ST
Denver, Colorado
80294

7022 0410 0001 7935 6919