IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 23-cv-00632-NYW-KAS

ALAN R. STORY,

    Plaintiff,

v.

SCOT BINGHAM,
KARI LONG DWORKIN, and
MATT HARDIN,

    Defendants.

---

**FINAL JUDGMENT**

---

    In accordance with the orders filed during the pendency of this case, and pursuant to Fed. R. Civ. P. 58(a), the following Final Judgment is hereby entered.

    Pursuant to the Order Adopting Magistrate Judge's Recommendation of United States District Judge Nina Y. Wang entered on May 22, 2024 [Doc. 31], it is

    ORDERED that the Recommendation of United States Magistrate Judge Kathryn A. Starnella [Doc. 29] is ADOPTED.  It is

    FURTHER ORDERED that Plaintiff's Motion to Dismiss [Doc. 30] is CONSTRUED as a non-objection to Judge Starnella's Recommendation [Doc. 29].  It is

    FURTHER ORDERED that Plaintiff Alan R. Story's claims are DISMISSED without prejudice.  It is

    FURTHER ORDERED that final judgment is hereby entered in favor of Defendants Scot Bingham, Kari Long Dworkin, and Matt Hardin and against Plaintiff Alan R. Story.  It is

    FURTHER ORDERED that this case is closed.

Dated at Denver, Colorado this 22nd day of May, 2024.

                FOR THE COURT:
                JEFFREY P. COLWELL, CLERK

                By: s/Emily Buchanan
                Emily Buchanan, Deputy Clerk